

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00065-CR

Kendrick **RANDLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-13-0703
Honorable Brenda Chapman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 8, 2015.

_____
Karen Angelini, Justice